UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 1:18-CR-34 |
| | : | |
| | : | JUDGE Susan J. Dlott |
| v. | : | |
| | : | **SEALED INDICTMENT** |
| | : | |
| IZMIR KOCH, | : | 18 U.S.C. § 249(a)(1) |
| | : | |
| Defendant. | : | |

**THE GRAND JURY CHARGES:**

**BACKGROUND**

Unless otherwise indicated, at times material to this Indictment:

1. On or about February 4, 2017, Victim-1 enjoyed the services of a restaurant located in Cincinnati, Ohio (the "Restaurant"). Victim-1 stepped outside of the Restaurant to meet a friend and smoke a cigarette.

2. **IZMIR KOCH**, the defendant, was outside the Restaurant with others.

3. **KOCH** yelled out, asking, in substance and in part, if anyone was Jewish.

4. Victim-1 responded, in substance and in part, that he was Jewish. **KOCH** then ran to Victim-1 and punched Victim-1 in the head. Victim-1 fell to the ground.

5. **KOCH** and others continued hitting and kicking Victim-1.

6. Victim-1 sustained injuries from the attack, including rib contusions and a fracture of his orbital floor.

## COUNT ONE
### (Hate Crime)

On or about February 4, 2017, in the Southern District of Ohio, the defendant, **IZMIR KOCH**, willfully caused bodily injury to Victim-1 because of the perceived religion of Victim-1; to wit, **KOCH** hit and kicked Victim-1 after Victim-1 represented that he was Jewish, causing injuries including a fracture of Victim-1's orbital floor.

All in violation of Title 18, United States Code, Section 249(a)(1).

A TRUE BILL

/s/ signed
_____
**GRAND JURY FOREPERSON**

**BENJAMIN C. GLASSMAN**
**UNITED STATES ATTORNEY**

_____
**MEGAN GAFFNEY**
**ASSISTANT UNITED STATES ATTORNEY**