IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
(CINCINNATI)

| UNITED STATES OF AMERICA | : | CASE NO:1:18-CR-34 |
|---|---|---|
| Plaintiff, | : | HON. JUDGE SUSAN J. DLOTT |
| v. | : | |
| IAMIR KOCH | : | |
| Defendant. | : | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), **CORNELIUS "Carl" LEWIS**, trial attorney for Izmir Koch, defendant in the above-referenced action, hereby respectfully moves this Honorable Court to admit **ALBERT Y. DAYAN**, *pro hac vice* to appear and participate as co-counsel in this case for Izmir Koch.

Movant represents that Albert Y. Dayan is a member in good standing of the highest court of New York as attested by the accompanying certificate from that court and that Albert Y. Dayan is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by an original certificate of good standing from the State of New York and the required $200.00 fee.

Albert Y. Dayan understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

Albert Y. Dayan's relevant identifying information is as follows:

    Albert Y. Dayan, Esq.
    80-02 Kew Gardens Road, Suite 902
    Kew Gardens, NY 11415-3616
    Email:Dayanlaw@aol.com
    New York Bar#2822617

Respectfully submitted,

***/s/ Cornelius "'Carl" Lewis***
Cornelius "Carl" Lewis #0055700
The Lewis Law Firm, Inc., LPA
119 East Court Street
Cincinnati, OH 45202
513-632-9542/Office
513-731-5824/Fax
513-371-4520/Cell
[Carllewislaw@gmail.com](mailto:Carllewislaw@gmail.com)
Counsel for Izmir Koch

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was filed utilizing the CM/ECF system which generates service on all interested parties.

***/s/ Cornelius "Carl" Lewis***