# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:18-CR-34 |
| | ) | |
| v. | ) | JUDGE SUSAN J. DLOTT |
| | ) | |
| IZMIR KOCH, | ) | GOVERNMENT'S MOTION |
| | ) | IN LIMINE |
| Defendant. | ) | |
| | ) | |

Based on the understanding and expectation that this matter is proceeding to a bench trial, the Government does not propose any motions in limine at this time. The Government requests leave to file motions in limine at a later date should this matter instead go before a jury.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

*s/Dana Mulhauser*
DANA MULHAUSER
Trial Attorney
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530
Office: (202) 305-0007
E-mail: Dana.Mulhauser@usdoj.gov

MEGAN GAFFNEY
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711

**CERTIFICATE OF SERVICE**

      This is to certify that I have this day served upon defense counsel a copy of the foregoing *Government's Motion in Limine* by electronic delivery on the 5th day of November, 2018.

                                    s/*Dana Mulhauser*
                                    DANA MULHAUSER
                                    Trial Attorney