# UNITED STATES DISTRICT COURT
# SOUTHERN DISITRICT OF OHIO

| UNITED STATES OF AMERICA | ) | CASE NO:1:18-cr-00034 |
|---|---|---|
| Plaintiff, | ) | HON. JUDGE SUSAN J. DLOTT |
| v. | ) | **DEFENDANT'S TRIAL BRIEF** |
| IZMIR KOCH | ) | |
| Defendant. | ) | |

Now comes the Defendant, Izmir Koch ("Mr. Koch"), by and through undersigned counsel and as instructed by this Honorable Court's Order [Doc.#10] hereby files his Trial Brief.

## BRIEF

### I. Facts.

The Government alleges that on or about February 4, 2017 the Defendant, Mr. Izmir Koch, assaulted a person outside of a restaurant casing physical harm to said person in the Southern District of Ohio because Mr. Koch believed the victim was Jewish. Mr. Koch denies these allegations.

### II. Evidentiary Issue.

Because the Government has the burden of proving, beyond a reasonable doubt, each and every element of the offense charged against Mr. Koch pursuant to 18 U.S.C. §249(a)(1) Mr. Koch can only state that he will timely and appropriately object to any evidence he deems objectional, prejudicial or inadmissible sought to be introduced by the Government during the Government's case pursuant to the Federal Rules of Evidence and applicable Federal Statutes.

Respectfully submitted,

_____
Cornelius "Carl" Lewis, Esq.( #0055700)
119 East Court Street
Cincinnati, OH 45202
513.632.9542/Office
513.721.5824/Fax
513.371.4520/Cell
Carllewislaw@gmail.com
Counsel for Izmir Koch

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing Trial Brief was filed with the United States District Court and upon Ms. Megan Gaffney, Esq., AUSA, on the 7th day of November 2018.

_____
Cornelius "Carl" Lewis