UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 1:18CR 034 |
| | : | |
| v. | : | JUDGE DLOTT |
| | : | SUPERSEDING INDICTMENT |
| IZMIR KOCH, | : | 18 U.S.C. § 249(a)(1) |
| | : | 18 U.S.C. § 1001 |
| Defendant. | : | |

FILED
RICHARD W. NAGEL
CLERK OF COURT
2018 NOV -7 PM 3:53

**THE GRAND JURY CHARGES:**

**BACKGROUND**

Unless otherwise indicated, at times material to this Indictment:

1. On or about February 4, 2017, Victim-1 enjoyed the services of a restaurant located in Cincinnati, Ohio (the "Restaurant"). Victim-1 stepped outside of the Restaurant to meet a friend and smoke a cigarette.

2. **IZMIR KOCH**, the defendant, was outside the Restaurant with others.

3. **KOCH** yelled out, asking, in substance and in part, if anyone was Jewish.

4. Victim-1 responded, in substance and in part, that he was Jewish. **KOCH** then ran to Victim-1 and punched Victim-1 in the head. Victim-1 fell to the ground.

5. **KOCH** and others continued hitting and kicking Victim-1.

6. Victim-1 sustained injuries from the attack, including rib contusions and a fracture of his orbital floor.

## COUNT ONE
### (Hate Crime)

On or about February 4, 2017, in the Southern District of Ohio, the defendant, **IZMIR KOCH**, willfully caused bodily injury to Victim-1 because of the perceived religion of Victim-1; to wit, **KOCH** hit and kicked Victim-1 after Victim-1 represented that he was Jewish, causing injuries including a fracture of Victim-1's orbital floor.

**All in violation of Title 18, United States Code, Section 249(a)(1).**

## COUNT TWO
### (False Statements)

On or about October 18, 2018, in the Southern District of Ohio, the defendant, **IZMIR KOCH**, in a matter within the jurisdiction of the executive branch of the Government of the United States, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations; to wit, **KOCH** represented to agents of the Federal Bureau of Investigation, which is an agency of the executive branch of the federal government, that **KOCH** never said anything bad about Jews that night; **KOCH** was not involved in a fight that night; and the entire fight consisted of two punches.

**All in violation of Title 18, United States Code, Section 1001.**

A TRUE BILL

_____
GRAND JURY FOREPERSON

**BENJAMIN C. GLASSMAN**
**UNITED STATES ATTORNEY**

_____
**MEGAN GAFFNEY / DANA MULHAUSER**
**DEPARTMENT OF JUSTICE ATTORNEYS**