# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

V.

IZMIR KOCH

**NOTICE**

CASE NUMBER: 1:18-cr-00034

TYPE OF CASE:

☐ CIVIL  ☑ CRIMINAL

☑ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| POTTER STEWART UNITED STATES COURTHOUSE 100 EAST FIFTH STREET CINCINNATI, OHIO | Courtroom #5, Room 701 |
| | DATE AND TIME |
| | 11/9/2018 1:30 pm |

TYPE OF PROCEEDING

Initial Appearance and Arraignment on Superseding Indictment before Magistrate Judge Stephanie K. Bowman

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

RICHARD W. NAGEL, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

11/7/2018
DATE

(BY) KEVIN MOSER, DEPUTY CLERK

TO: