IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America

    vs.                                                                       Case Number: 1:18cr34

Izmir Koch

Minutes: Trial to the Bench - Day 3

Closing Argument of counsel held.

Matter taken under submission.

Judge:                   Susan J. Dlott

Courtroom Deputy:    William Miller

Court Reporter:       Julie Wolfer, Official

Date:                   November 15, 2018